**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Frank Furtick, Jr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2010-170030

———————————

Appeal From Richland County
L. Casey Manning, Post-Conviction Relief Judge
G. Thomas Cooper., Jr., Trial Judge

———————————

Unpublished Opinion No. 2012-MO-045
Submitted October 30, 2012 – Filed November 7, 2012

———————————

**AFFIRMED**

———————————

Deputy Chief Appellate Defender Wanda H. Carter, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Brian T. Petrano, all of Columbia, for Respondent.

———————————

**PER CURIAM:**  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issues pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioner's convictions and sentences are affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Issue I: *Davis v. United States*, 512 U.S. 452 (1994); *Edwards v. Arizona*, 451 U.S. 477 (1981); *State v. Wannamaker*, 346 S.C. 495, 552 S.E.2d 284 (2001); Issue II: *State v. Weston*, 367 S.C. 279, 625 S.E.2d 641 (2006); *State v. Simmons*, 360 S.C. 33, 599 S.E.2d 448 (2004), *cert. denied*, 543 U.S. 1124 (2005); *State v. Bennett,* 328 S.C. 251, 493 S.E.2d 845 (1997); S.C. Code Ann. § 16-11-330(A) (2003).

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**